# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

NNAMDI FRANKLIN OJIMBA,

       Petitioner,

  v.

B. BIRKHOLZ,

       Respondent.

No. 2:25-cv-12454-HDV-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted;

2.    Respondent's Motion to Dismiss (ECF 9) is granted; and

3.    Judgment shall be entered dismissing this action with prejudice.

Dated: _6/30/26_____    _____
                                 HONORABLE HERNÁN D. VERA
                                 UNITED STATES DISTRICT JUDGE