JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

NNAMDI FRANKLIN OJIMBA,

      Petitioner,

   v.

B. BIRKHOLZ,

      Respondent.

No. 2:25-cv-12454-HDV-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: __06/30/26_____    _____

                        HONORABLE HERNÁN D. VERA
                        UNITED STATES DISTRICT JUDGE